# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-09245-AB-SK | Date: | November 21, 2025 |

Title: *Gerardo Ledesma v. General Motors LLC, et al.*

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Lesbith Castillo | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrea Plata | Ryan Killian |
| | Amir Nassihi |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND [13] (VIA ZOOM)**

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

IT IS SO ORDERED.